No. 463. WOLFE *v.* MURPHY ET AL. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. George E. Wallace* for petitioner. *Mr. G. E. Lyons* for respondents.

No. 466. GILBERT ET AL. *v.* PEORIA & EASTERN RAILWAY Co. ET AL.; and

No. 467. EWEN ET AL. *v.* SAME. November 12, 1940. Petitions for writs of certiorari to the District Court of the United States for the Southern District of New York denied. *Mr. Mark Hyman* for petitioners in No. 466. *Mr. Charles S. Aronstram* for petitioners in No. 467. *Mr. Jacob Aronson* for the Peoria & Eastern Railway Co., respondent. Reported below: 34 F. Supp. 332.

No. 469. PELELAS *v.* CATERPILLAR TRACTOR Co. November 12, 1940. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. Homer H. Marshman* for petitioner. *Mr. Frank T. Miller* for respondent.